IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMES BEVERIDGE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 7:08-CV-52-HL |
| HD SUPPLY WATERWORKS, LTD., | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Plaintiff's Response (Doc. 25) to Defendant's Motion for Summary Judgment (Doc. 20) is twenty-five (25) pages.  Local Rule 7.4 provides that all briefs in support of a motion or in response to a motion are limited to twenty (20) pages.  Because Plaintiff did not request leave to exceed the page limit prior to filing his Response, Defendant has filed a Motion to Strike (Doc. 30) the last five pages of Plaintiff's Response.  Plaintiff has filed a Motion to File a Corrected Response (Doc. 37), requesting leave to file a brief that complies with the Local Rule's page limit. Defendant opposes Plaintiff's request.

Both parties–mainly, the Defendant–spend a considerable amount of time in their briefs engaging in childish sniping, each leveling petty accusations of misconduct against the other.  Separating the wheat from the chaff in Defendant's arguments opposing Plaintiff's Motion, the Court cannot find any reason not to grant

1

Plaintiff's request to file a corrected response.  Plaintiff's counsel admits that she made a mistake in filing the brief five pages too long, and she has offered to remedy her mistake.  Defendant will not be prejudiced by allowing Plaintiff to do so. Therefore, Plaintiff's Motion to File a Corrected Response is granted, and Defendant's Motion to Strike is denied.  Plaintiff shall file her corrected brief within five (5) days of the entry of this Order.

  **SO ORDERED**, this the 7th day of July, 2009.


            *s/  Hugh Lawson*
            **HUGH LAWSON, Judge**

dhc